UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

RONALD BORNER AKA RONALD
DE`MARCUS BORNER AND CELINA
BORNER AKA CELINA MARIE
BORNER AKA CELINA M
WASHINGTON AKA CELINA MARIE
MOODY

CASE NO. 10-10079-PMG
CHAPTER 7

Debtor(s).
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
## (PROPERTY BEING SURRENDERED)

This case came before the Court on the Motion for Relief from the Automatic Stay filed by Movant, U.S. BANK, N.A., on January 25, 2011, DE#22. The Motion has been served upon the parties of interest in accordance with Local Rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted, it is ORDERED:

1. U.S. BANK, N.A.'s Motion for Relief from Automatic Stay is granted, and

2. The Automatic Stay imposed by 11 U.S.C. Section 362 is lifted as to Movant and it may proceed with foreclosure on its lien on the following property:

**CONDOMINIUM UNIT 1-16, OF TIMBER RUN, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF AS RECORDED IN OFFICIAL RECORDS BOOK 12910, PAGE 2333, AND ANY AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA. TOGETHER WITH AN UNDIVIDED INTEREST OR SHARE IN THE COMMON ELEMENTS APPURTENANT THERETO, AS SET FORTH IN SAID DECLARATION.**

**a/k/a 5200 PLAYPEN DRIVE, UNIT 16, JACKSONVILLE, FL 32210**

3. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against the Debtor(s).

4. That the mortgage indebtedness that shall run with the property shall be increased to include $550.00 for attorney's fees and costs incurred

ORDERED at JACKSONVILLE, Florida, February 22, 2011

PAUL M. GLENN
Chief United States Bankruptcy Judge

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

CELINA BORNER
6986 LAFAYETTE PARK DRIVE
JACKSONVILLE, FL 32244

RONALD BORNER
6986 LAFAYETTE PARK DRIVE
JACKSONVILLE, FL 32244

T. EILEEN DOLAGHAN
2219 PARK STREET
JACKSONVILLE, FL 32204

GREGORY L ATWATER
P.O. BOX 1865
ORANGE PARK, FL 32073

JACKSONVILLE DIVISIONS
UNITED STATES TRUSTEE - JAX7, 7
135 W. CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801